Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>vs.<br><br>A AND D HOSPITALITY 1 LLC d/b/a Knights Inn Phoenix North<br><br>Defendant(s). | Case No: 2:17-cv-02849-SPL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS** |

Pursuant to Court Order (Doc 22) the Parties wish to advise the Court that Counsel have developed excellent and cooperative rapport and communicate regarding settlement on an ongoing basis. Plaintiff made the last proposal to Defendant on January 6, 2018 which Defendant continues to evaluate.

The Parties believe that this matter may be resolved privately; however, if settlement appears illusive, the Parties will so advise the Court and request a settlement conference with a Magistrate Judge

DATED this 17TH day of January 2018.

**STROJNIK, P.C.**

Peter Strojnik
Attorneys for Plaintiff

5828822v1(66920.1)

1                                   **JENNINGS, STROUSS & SALMON, P.L.C.**

/s/ Lindsay Leavitt
Attorney for Defendant

2