Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　Plaintiff<br><br>vs.<br><br>A and D Hospitality 1, LLC d/b/a Knights Inn Phoenix North,<br><br>　　　　Defendant | No. 2:17-cv-02849-SPL<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT** |

　　　Pursuant to Rule 68(a), Fed. R. Civ. P., Plaintiff Fernando Gastelum hereby provides notice that he has accepted Defendant's Offer of Judgment dated February 2, 2018 and which is attached hereto as Exhibit A.

　　　DATED this 6th day of February, 2018.

**STROJNIK, P.C.**


By /s/ Peter Strojnik
　　Peter Strojnik, State Bar No. 6464
　　2375 East Camelback Road, Ste. 600
　　Phoenix, AZ 85016
　　Telphone: (602) 524-6602
　　ADA@strojnik.com
　　Attorneys for Plaintiff

5940196v1(66920.1)

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on February 6, 2018, I served the attached document by e-mail on the following:

Lindsay G. Leavitt
JENNINGS, STROUSS & SALMON, PLC
One East Washington Street
Suite 1900
Phoenix, Arizona 85004


/s/  Peter Strojnik

5940196v1(66920.1)