# EXHIBIT "A"

Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Fernando Gastelum, | No. 2:17-cv-02849-SPL |
|---|---|
| Plaintiff | **DEFENDANT'S OFFER OF JUDGMENT** |
| vs. | |
| A and D Hospitality 1, LLC d/b/a Knights Inn Phoenix North, | |
| Defendant | |

Pursuant to Rule 68(a), Fed. R. Civ. P., Defendant, A and D Hospitality1, LLC ("A and D Hospitality" or "Defendant"), hereby offers to allow judgment to be entered against it, with Plaintiff's costs then accrued, as follows:

1. Defendant will (within 60 days) identify and describe on its website the following accessible features found in each of the following areas of the hotel: (1) Parking and Loading Zone; (2) Exterior Routes; (3) Building Entrances and Lobby; (4) Interior Routes; (5) Public/Common Use Restrooms; (6) Accessible Guestrooms and Suites; (7) Accessible Guestroom Bathrooms; and (8) Pool/Spa area.

2. Defendant will (within 60 days) communicate the above referenced accessible features to all third party booking agents who facilitate online or telephonic reservations for Defendant's hotel. Defendant shall provide Plaintiff with a copy of this communication.

3. Defendant will (within 60 days) modify its policies, practices and procedures

5935748v1(66920.1)

to ensure that individuals who require mobility and/or ambulatory assistance can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not require mobility and/or ambulatory assistance. Defendant shall provide Plaintiff with a copy of the modified policies, practices and procedures referenced herein.

4. Defendant shall (within 90 days) identify mobility accessibility features at its hotel that do not comply with the 2010 Standards of Accessibility Design and shall, within 12 months, remove barriers to mobility accessibility to the extent that such removal is readily achievable.

This offer is exclusive of reasonable attorneys' fees, costs and expenses to which Plaintiff may be entitled, but which Defendant reserves the right to contest and challenge.

This offer shall remain effective for fourteen (14) days after it is served. If this offer is not accepted in writing within the effective time period, it shall be deemed withdrawn and no evidence of this Offer shall be admissible except in a proceeding to determine costs, fees and/or sanctions as otherwise allowed pursuant to Rule 68.

You are also hereby put on notice that if this offer is rejected, and a judgment is subsequently obtained that is equal to or more favorable to Defendant than this offer, Plaintiff will be required to pay Defendant's costs incurred after the offer was made.

RESPECTFULLY SUBMITTED this 2nd day of February, 2018.

JENNINGS, STROUSS & SALMON, P.L.C.

By: _____
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
*Attorneys Defendant*

5935748v1(66920.1)

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on February 2, 2018, I served the attached document by U.S. mail and Email on the following:

Peter Strojnik<br>
ada@strojnik.com<br>
STROJNIK,P.C.<br>
2375 East Camelback Road, Ste. 600<br>
Phoenix, AZ 85016

*[signature]*

5935748v1(66920.1)