1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Fernando Gastelum,

**NO. CV-17-02849-PHX-SPL**

10

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

11

v.

12

A and D Hospitality 1 LLC,

13

Defendant.

14
15       Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is

16   hereby entered against Defendant A and D Hospitality 1 LLC for relief as outlined in the

17   Offer of Judgment. This action is hereby terminated.

18                                             Brian D. Karth
                                               District Court Executive/Clerk of Court
19

20   February 16, 2018

21                                    By    s/ D. Draper
                                            Deputy Clerk
22
23
24
25
26
27
28