IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　　Plaintiff,<br>vs.<br><br>A and D Hospitality 1, LLC,<br><br>　　　　　Defendant. | No. CV-17-02849-PHX-SPL<br><br>**ORDER** |

　　　Before the Court is the parties' Stipulation (Doc. 28) in which they request an extension of time for Defendant to file a Response to Plaintiff's Application for Fees, Costs and Expenses (Doc. 27). Having considered this request,

　　　**IT IS ORDERED** that the Stipulation for Extension of Time (Doc. 28) is **granted**. Defendant shall have until **March 15, 2018** to file a Response.

　　　Dated this 9th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge